Form fnldec (Revised 08/01/2018)

## United States Bankruptcy Court – District of Kansas
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number: 23–21311         Chapter: 7

In re:

William Thomas Parrish Jr.
938 Cheyenne St.
Leavenworth, KS 66048

SSN: xxx–xx–3670

**FINAL DECREE**

| Filed And Entered By The Court |
| --- |
| 1/30/24 |
| David D. Zimmerman |
| Clerk of Court |
| US Bankruptcy Court |

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT:

1. Darcy D Williamson TR is discharged as trustee of this estate and the bond is cancelled.

2. This chapter 7 case is closed.

Document 18 – 8

s/ Robert D. Berger
United States Bankruptcy Judge

United States Bankruptcy Court
District of Kansas

| | |
|---|---|
| In re: | Case No. 23-21311-RDB |
| William Thomas Parrish, Jr. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 1083-2          User: admin          Page 1 of 1
Date Rcvd: Jan 30, 2024      Form ID: fnldecre      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Thomas Parrish, Jr., 938 Cheyenne St., Leavenworth, KS 66048-1349 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2024          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Darcy D Williamson TR | Trustee@williamson-law.net ks07@ecfcbis.com |
| Jeffrey A Gedbaw | on behalf of Debtor William Thomas Parrish Jr. jgedbaw@gedbawlawfirm.com |
| U.S. Trustee | ustpregion20.wi.ecf@usdoj.gov |

TOTAL: 3